| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | **Montauk Student Transport LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-3526993 | |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | **Principal place of business**<br><br>**3601Horseblock Road**<br>**Medford, NY 11763**<br>Number, Street, City, State & ZIP Code<br><br>**Suffolk**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Montauk Student Transport LLC**                                    Case number (*if known*) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4854__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **Montauk Student Transport LLC**                                    Case number (*if known*) _____
          Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>             Contact name _____ <br>             Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than100,000 |
| **15. Estimated Assets** | ■ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ■ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor    **Montauk Student Transport LLC**
<br>Name

Case number (*if known*) _____

▮▮▮▮    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
<br>MM / DD / YYYY

X _____
<br>Signature of authorized representative of debtor

**John Mensch**
<br>Printed name

Title / **Member** _____

**18. Signature of attorney**

X _____
<br>Signature of attorney for debtor

Date _____
<br>MM / DD / YYYY

**Marc A. Pergament**
<br>Printed name

**Weinberg, Gross & Pergament LLP**
<br>Firm name

**400 Garden City Plaza**
<br>**Suite 403**
<br>**Garden City, NY 11530**
<br>Number, Street, City, State & ZIP Code

Contact phone   **(516) 877-2424**      Email address _____

**NY**
<br>Bar number and State

Debtor    __Montauk Student Transport LLC_____._____    Case number (if known) _____
          Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK _____

Case number (if known) _____    Chapter    __11__

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

Debtor    __East End Bus Lines, Inc._____    Relationship to you    _____
District  _____    When _____    Case number, if known    _____
Debtor    __Montauk Transit Service LLC_____    Relationship to you    _____
District  _____    When _____    Case number, if known    _____

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Montauk Student Transport LLC**

Debtor(s)

Case No.
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   _9/13/18_

John Mensch/Member
Signer/Title

Date:

Signature of Attorney
**Marc A. Pergament**
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 403**
**Garden City, NY 11530**
**(516) 877-2424   Fax: (516) 877-2460**

Advantage Funding
3 Dakota Drive, Suite 210
Lake Success, NY 11042

Ally Bank
P.O. Box 380901
Minneapolis, MN 55438

Ascentis Corporation
11040 Main Street, Suite 1010
Bellevue, WA 98004

Bridgehampton National Bank
194 Mill Road
Westhampton Beach, NY 11978

CallAhead
304 Crossbay Boulevard
Broad Channel, NY 11693

Chiesa Shahinian & Giantomasi PC
11 Times Square, 31st Floor
New York, NY 10036

Commercial Credit Group Inc.
169 Commack Road, Suite 236
Commack, NY 11725

Cummings and Carrol, P.C.
175 Great Neck Road, Suite 405
Great Neck, NY 11021

DeLage Landen
1111 Old Eagle School Road
Wayne, PA 19087

East End Bus Lines Inc.
3601 Horseblock Road
Medford, NY 11763

East End Bus Lines, Inc.
3601 Horseblock Road
Medford, NY 11763

Gold Coast Mastercard 0072
P.O. Box 569120
Dallas, TX 75356-9100


Internal Revenue Service
Spceial Procedures
2 MetroTech Center
100 Myrtle Avenue
Brooklyn, NY 11201


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Battery Peekskill
10 John Walsh Boulevard
Peekskill, NY 10566


Montauk Transit Service LLC
3601 Horseblock Road
Medford, NY 11763


Montauk Transit Student LLC
3601 Horseblock Road
Medford, NY 11763


NYS Department of Labor
P.O. Box 4127
Binghamton, NY 13902-4127


NYS Department of Labor
W.A. Harriman State Office Campus
Building 12
Albany, NY 12240


NYS Department of Taxation & Finance
Bankruptcy Unit Special Procedure
P.O. Box 5300
Albany, NY 12205-0300


Pinks, Lipshie, White & Nemeth
140 Fell Ct., #303
Attn: Steve Pinks, Esq.
Hauppauge, NY 11788

Specialty Vehicle & Equipment Funding
175 Broadhollow Road, Suite 120
Melville, NY 11747


State of New York
Office of Attorney General
120 Broadway
New York, NY 10271


TCJ I, LLC
132 West 31st Street, Suite 1301
New York, NY 10001


Transportation Leasing Corp.
P.O. Box 705
Eastport, NY 11941


United States Attorney
Chief of Civil Division
271 Cadman Plaza
Brooklyn, NY 11201


United States Attorney's Office
Easterd District of Long Island
610 Federal Plaza, 5th Floor
Attn:  Long Island Bankruptcy Processing
Central Islip, NY 11722-4454


US Dept. of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044


Wells Fargo Financial Services
123 S Broad Street, 9th Floor
Philadelphia, PA 19109


Zarin & Steinmentz
81 Main Street, Suite 415
White Plains, NY 10601

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                          Chapter 11

Montauk Student Transport LLC,                  Case No.

        Debtor.                                CORPORATE RESOLUTION

---------------------------------------------------------X

        The undersigned, the Managing Member of Montauk Student Transport LLC, a corporation existing under the laws of the State of New York does hereby certify that a duly called meeting of the directors of Montauk Student Transport LLC, the following resolutions were adopted, and have not been modified or rescinded, and are still in full force and effect:

        "Resolved, that in the judgment of the shareholders and directors, it is desirable and in the best interest of the corporation, that John Mensch, Managing Member of the Corporation, be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the corporation upon such date, and in the event, in his discretion, such action should be necessary for the protection of the corporation and preservation of its assets without further notice to the directors of Montauk Student Transport LLC, and it is further

        Resolved, John Mensch be and hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under Chapter 11, and in that connection, to retain and employ Weinberg, Gross & Pergament LLP and to retain and employ all other professionals which they may deem necessary or proper with a view towards a successful conclusion of such a reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 13th day of

September, 2018.

_____

John Mensch, Managing Member

**Fill in this information to identify the case:**

Debtor name    **Montauk Student Transport LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Advantage Funding**<br>Creditor's Name<br><br>**3 Dakota Drive, Suite 210**<br>**Lake Success, NY 11042**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Busses**<br><br><br>Describe the lien<br>**DMV**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $743,541.04 | $550,000.00 |
| **2.2**  **Ally Bank**<br>Creditor's Name<br><br>**P.O. Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2013 Surburban**<br><br><br>Describe the lien<br>**DMV**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $5,000.00 | $5,000.00 |

Debtor    **Montauk Student Transport LLC**                                          Case number (if know) _____
      Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Commercial Credit Group Inc.** | | **Describe debtor's property that is subject to a lien** | $2,353,205.49 | $2,015,000.00 |
|---|---|---|---|---|---|

**Commercial Credit Group Inc.**
Creditor's Name

**169 Commack Road, Suite 236**
**Commack, NY 11725**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Buses**

**Describe the lien**
**DMV**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$2,353,205.49          $2,015,000.00

---

| 2.4 | **DeLage Landen** | | **Describe debtor's property that is subject to a lien** | $808,000.00 | $700,000.00 |
|---|---|---|---|---|---|

**DeLage Landen**
Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Buses**

**Describe the lien**
**DMV**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$808,000.00          $700,000.00

---

| 2.5 | **Specialty Vehicle & Equipment Funding** | | **Describe debtor's property that is subject to a lien** | $1,294,847.55 | $1,050,000.00 |
|---|---|---|---|---|---|

**Specialty Vehicle & Equipment Funding**
Creditor's Name

**175 Broadhollow Road, Suite 120**
**Melville, NY 11747**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Buses, Fuel Tank**

**Describe the lien**
**DMV**

$1,294,847.55          $1,050,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Montauk Student Transport LLC**                          Case number (if know) _____
         <sub>Name</sub>

|  |  |  |  |
|---|---|---|---|

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **TCJ I, LLC** | Describe debtor's property that is subject to a lien | $4,082,500.00 | $100,000.00 |
|---|---|---|---|---|

<sub>Creditor's Name</sub>
**132 West 31st Street, Suite 1301**
**New York, NY 10001**
<sub>Creditor's mailing address</sub>

Describe debtor's property that is subject to a lien
**Buses**

Describe the lien
**DMV**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 | **Wells Fargo Financial Services** | Describe debtor's property that is subject to a lien | $147,487.66 | $140,000.00 |
|---|---|---|---|---|

<sub>Creditor's Name</sub>
**123 S Broad Street, 9th Floor**
**Philadelphia, PA 19109**
<sub>Creditor's mailing address</sub>

Describe debtor's property that is subject to a lien
**Buses**

Describe the lien
**DMV**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    <u>Montauk Student Transport LLC</u>                    Case number (if know) _____
                  Name

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $9,434,581.74 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chiesa Shahinian & Giantomasi PC**<br>**11 Times Square, 31st Floor**<br>**New York, NY 10036** | Line _**2.7**_ | |
| **East End Bus Lines, Inc.**<br>**3601 Horseblock Road**<br>**Medford, NY 11763** | Line _**2.2**_ | |
| **Montauk Transit Service LLC**<br>**3601 Horseblock Road**<br>**Medford, NY 11763** | Line _**2.2**_ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Montauk Student Transport LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Spceial Procedures**<br>**2 MetroTech Center**<br>**100 Myrtle Avenue**<br>**Brooklyn, NY 11201**<br>Date or dates debt was incurred | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: | $22,275.12 | $22,275.12 |
| | Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NYS Department of Labor**<br>**P.O. Box 4127**<br>**Binghamton, NY 13902-4127**<br>Date or dates debt was incurred | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: | $22,157.23 | $12,850.00 |
| | Last 4 digits of account number **8041**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Montauk Student Transport LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Department of Taxation &
Finance
Bankruptcy Unit Special
Procedure
P.O. Box 5300
Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,821.19 |
|---|---|---|---|

**Ascentis Corporation
11040 Main Street, Suite 1010
Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **Deeb**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000,000.00 |
|---|---|---|---|

**Bridgehampton National Bank
194 Mill Road
Westhampton Beach, NY 11978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $944.37 |
|---|---|---|---|

**CallAhead
304 Crossbay Boulevard
Broad Channel, NY 11693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Cummings and Carrol, P.C.
175 Great Neck Road, Suite 405
Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,909.05 |
|---|---|---|---|

**Gold Coast Mastercard 0072
P.O. Box 569120
Dallas, TX 75356-9100**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0109**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Montauk Student Transport LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,549.32 |
|---|---|---|---|

**Interstate Battery Peekskill**
**10 John Walsh Boulevard**
**Peekskill, NY 10566**

Date(s) debt was incurred _

Last 4 digits of account number **8018,7972**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915,487.86 |
|---|---|---|---|

**Transportation Leasing Corp.**
**P.O. Box 705**
**Eastport, NY 11941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,410.39 |
|---|---|---|---|

**Zarin & Steinmetz**
**81 Main Street, Suite 415**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NYS Department of Labor**<br>**W.A. Harriman State Office Campus**<br>**Building 12**<br>**Albany, NY 12240** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Pinks, Lipshie, White & Nemeth**<br>**140 Fell Ct., #303**<br>**Attn: Steve Pinks, Esq.**<br>**Hauppauge, NY 11788** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **State of New York**<br>**Office of Attorney General**<br>**120 Broadway**<br>**New York, NY 10271** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **United States Attorney**<br>**Chief of Civil Division**<br>**271 Cadman Plaza**<br>**Brooklyn, NY 11201** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **United States Attorney's Office**<br>**Easterd District of Long Island**<br>**610 Federal Plaza, 5th Floor**<br>**Attn: Long Island Bankruptcy Processing**<br>**Central Islip, NY 11722-4454** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Montauk Student Transport LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | US Dept. of Justice, Tax Division<br>Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Line  **2.1**<br><br>☐  Not listed. Explain ____ | — |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.    $ | 44,432.35 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 4,973,122.18 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c.    $ | 5,017,554.53 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                             Chapter 11

Montauk Student Transport LLC,                     Case No.

                    Debtor.                        Affirmation Under Local
                                                   <u>Bankruptcy Rule 1007-4</u>
--------------------------------------------------------X

John Mensch, duly affirms under the penalties of perjury as follows:

1.    I am the Member Manager of Montauk Student Transport LLC, the above-named debtor (hereinafter "Debtor"). I submit this affirmation in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

2.    The principal office of the Debtor is located in this district at 3601 Horseblock Road, Medford, New York.

3.    The Debtor's taxpayer identification number is 45-3526993.

4.    There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

5.    No official or unofficial committee of creditors of the Debtor has been organized as of this date.

6.    No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

7.    The Debtor's principal books and records are located at 3601 Horseblock Road, Medford, New York.

8.    A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9.      During the pendency of these proceedings, the Debtor intends to continue its operations in transportation.

10.     The Debtor operates its business from 3601 Horseblock Road, Medford, New York.

11.     It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small profit.

12.     No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13.     The Debtor does not have any assets located outside the territorial limits of the United States.

14.     It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.


Dated:  Garden City, New York
        September 13, 2018

_____
John Mensch